[*44]   *SIMEON P. ALCOTT *et al.* agt. SAMUEL DAVISON.

Where a motion is made to set off judgments, the moving papers should be entitled in all the causes which contain the judgments to be set off, whether in this court or some other.

*December Term,* 1845.

MOTION by defendant to set aside execution and to set off judgments.

This was a motion by defendant Davison to set off three judgments against the amount of the judgment in this cause, two of them were in this court, and one in Monroe common pleas.   The defendant's papers for the motion were entitled only in this cause.   Plaintiff's counsel objected to the entitling of defendant's papers.

L. FARRAR, *defendant's counsel and attorney.*
N. HILL, JR., *plaintiffs' counsel.*
L. DRURY, *plaintiffs' attorney.*

JEWETT, Justice.   Denied the motion with $7 costs without prejudice, on the ground that the papers were not properly entitled; they should have been entitled in all the causes which it was intended to set off judgments in.